UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ON BEHALF OF ITS AGENCY, SECRETARY OF U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM P. BUTCHER, AS SPECIAL REPRESENTATIVE OF THE ESTATE OF INEZ B. GRANT, REYNARD J. GRANT; REYNAL L. GRANT; UNKNOWN HEIRS AND LEGATEES OF INEZ B. GRANT; AND UNKNOWN OWNERS AND NON-RECORD CLAIMANTS; <br><br> Defendants. | Case No.: 14-cv-2559 <br><br><br> Judge: Milton I. Shadur <br><br><br><br> Magistrate Judge: Susan E. Cox |

## MOTION FOR ENTRY OF JUDGMENT OF FORECLOSURE

NOW COMES, Plaintiff, UNITED STATES OF AMERICA, ON BEHALF OF ITS AGENCY, SECRETARY OF U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, by and through its attorneys, Potestivo & Associates, P.C., and moves this Honorable Court, for the Entry of a Judgment of Foreclosure.

In support, attached please find Plaintiff's Affidavit of Prove-Up. (See Exhibit "1", Affidavit).

Respectfully submitted,

ZACHARY T. FARDON

United States Attorney

By: *s/Caleb J. Halberg*
    CALEB J. HALBERG
    Attorney for the United States
    223 W. Jackson Blvd., Suite 610
    Chicago, IL 60606
    (312) 263-0003
    chalberg@potestivolaw.com

**CERTIFICATE OF SERVICE**

     I, Caleb J. Halberg , certify that a true and correct copy of the foregoing **Motion for Entry of Judgment of Foreclosure** was served upon counsel of record, if any, through operation of the Court's Case Management/Electronic Case Files system on July 18, 2014, and on the following non-ECF filers by first class mailing:

William P. Butcher as Special Representative
  of the Estate of Inez B. Grant
2044 Ridge Road
Homewood, IL  60430

Reynard J. Grant
10132 S. Calhoun Ave.
Chicago, Illinois 60617

Reynal L. Grant
10132 S. Calhoun Ave.
Chicago, Illinois 60617

Unknown Heirs and Legatees of
of Inez B. Grant
10132 S. Calhoun Ave.
Chicago, Illinois 60617

Unknown Owners and Non-Record Claimants
10132 S. Calhoun Ave.
Chicago, Illinois 60617

                                                            *s/Caleb J. Halberg*
                                                             CALEB J. HALBERG
                                                              Attorney for the United States
                                                              223 W. Jackson Blvd., Suite 610
                                                              Chicago, IL 60606
                                                              (312) 263-0003
                                                              chalberg@potestivolaw.com